Fed.Cas.No.17,265

# WATERS v. CAMPBELL.[1]

Circuit Court, D. Oregon.

Sept. 3, 1877.

———◆———

[1] Reported by L. S. B. Sawyer, Esq., and here reprinted by permission. 4 Law & Eq.Rep. 616, contains only a partial report.

W. W. Page, H. T. Bingham, and G. W. Yocum, for plaintiff.

W. Upton and Rufus Mallory, for defendant.

Before FIELD, Circuit Justice, and DEADY, District Judge.

FIELD, Circuit Justice.

We think there was no error in the charge of the court, and that the law of the case was delivered to the jury correctly. But we think the damages found by the jury excessive, and there must be a new trial on that ground, unless the plaintiff consents to remit one thousand five hundred dollars of the verdict.

The plaintiff, consenting accordingly, had judgment for two thousand dollars.